FILED
Dec 11 2025
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY   s/ RoiAnnConstantino   DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>EDWARD KOHDA ROSE (1),<br>PETER TINCKNELL (2),<br><br>    Defendants. | Case No. 25cr4736-RSH<br><br>**I N F O R M A T I O N**<br><br>Title 21, U.S.C., Secs. 846 and 841(a)(1) - Conspiracy to Distribute LSD (Felony);<br>Title 21, U.S.C., Sec. 841(a)(1) and (b)(1)(A) - Possession of LSD with Intent to Distribute (Felony) |

The United States Attorney charges:

### Count 1

Beginning at a date unknown, and continuing up to and including November 13, 2025, within the Southern District of California and elsewhere, defendants EDWARD KOHDA ROSE and PETER TINCKNELL did knowingly and intentionally conspire with each other, and with other persons known and unknown, to possess with intent to distribute a mixture and substance containing a detectable amount of Lysergic Acid Diethylamide (LSD), a Schedule I Controlled Substance; in violation of Title 21, United States Code, Sections 846 and 841(a)(1).

//
//
//
//

BCPE: 12/10/2025

Count 2

On or about September 4, 2025, within the Southern District of California, defendant EDWARD KOHDA ROSE, did knowingly and intentionally possess, with intent to distribute 10 grams and more, to wit: approximately 45.7 grams of a mixture and substance containing detectable amount of Lysergic acid diethylamide (LSD), a Schedule I Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A).

Count 3

On or about November 13, 2025, within the Southern District of California, defendant EDWARD KOHDA ROSE, did knowingly and intentionally distribute 10 grams and more to wit: approximately 94.2 grams of a mixture and substance containing detectable amount of Lysergic Acid Diethylamide (LSD), a Schedule I Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A).

DATED: 12/10/25 .

ADAM GORDON  
United States Attorney

*Bianca Calderon-Peñaloza*  
BIANCA CALDERON-PEÑALOZA  
Assistant U.S. Attorney