|   |   |
|---|---|
| 1 | |
| 2 | |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 25-CR-04736-RSH |
|---|---|
| Plaintiff, | |
| v. | PROTECTIVE ORDER REGARDING DISCOVERY |
| EDWARD KOHDA ROSE (1), PETER TINCKNELL (2), | |
| Defendants. | |

Pursuant to the motion of the United States, Federal Rule of Criminal Procedure 16(d), and General Order No. 514 of the United States District Court for the Southern District of California ("General Order No. 514"), it is hereby ORDERED as follows:

1. Certain discovery produced in the above-referenced case and labeled "Sensitive" or "Attorney's Eyes Only" (collectively, the "Discovery") contains sensitive law enforcement and third-party information that, if further disseminated, may jeopardize the ability of law enforcement to effectively investigate crimes and the safety of third-party witnesses.

2. The Discovery is for use of defense counsel, any investigators, interpreters, experts, paralegals, legal assistants, contract or associate attorneys, or law clerks assisting counsel in this case (the "Defense"). The Defense may review the Discovery marked "Sensitive" with the defendant only in the presence of a member of the Defense, and may not provide a copy of the Discovery to or leave a copy of

the Discovery with the defendant. The Defense may not review, leave a copy, or provide a copy of the Discovery marked "Attorneys' Eyes Only" with the defendant.

3. The Discovery is provided for purposes of investigating, preparing for litigation and trial, litigation and trial, and any appeals of this matter, and for no other purpose. Therefore, the parties further agree that the Discovery produced by the United States may not be copied or further disseminated in any way to any other person or entity who is not part of the Defense.

4. The Defense Team agrees to take all reasonable steps to: (a) maintain the confidentiality of the Discovery; (b) ensure that Defendant does not obtain a copy of the Discovery, except as provided above; (c) ensure that the Discovery is used for no other purposes other than those expressly stated above; and (d) safeguard the Discovery produced in this case from inadvertent disclosure or review by any third party.

5. The Defense shall return to the United States or destroy any and all copies of the Discovery within 90 days of the conclusion of the proceedings in this case, including any appeal.

6. The parties further acknowledge and agree to abide by General Order No. 514 of the United States District Court for the Southern District of California, which, among other things, requires that any filings referencing or containing an individual's personal information must be redacted in a manner consistent with said General Order.

7. The parties agree that any court filings containing any part of the Discovery shall be accompanied by a motion to file under seal, or redacted in accordance with Local Criminal Rule 49.1-1.

8. If defense counsel withdraws or is disqualified from participation in this case, the

defense shall return any discovery produced pursuant to the Order to the United States within 10 days.

IT IS SO ORDERED.

DATED: 12/15/2025

_/s/ Robert S. Huie_
HON. ROBERT S. HUIE
United States District Judge

ACKNOWLEDGEMENT

I have reviewed the foregoing protective order and I agree to be bound by its terms.

DATED: December 15, 2025.

/s/ *Bianca Calderon-Peñaloza*
BIANCA CALDERON-PEÑALOZA
Assistant United States Attorney

DATED: December 15, 2025

/s/ *Marc Levinson*
MARC LEVINSON FOR EDWARD KOHDA ROSE

DATED: December 15, 2025

/s/ *Sandra Resnick*
SANDRA RESNICK
ATTORNEY FOR PETER TINCKNELL

**CERTIFICATE OF AUTHORIZATION TO SIGN ELECTRONIC SIGNATURE**

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures of the United States District Court for the Southern District of California, I certify that the content of this document is acceptable to counsels for Mr. Rose and Mr. Tincknell, and I have obtained authorization from counsels to affix their electronic signature to this document.

/s/ *Bianca Calderon-Peñaloza*
BIANCA CALDERON-PEÑALOZA
Assistant United States Attorney